

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00174-CR

**WYLIE KAY CURL,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 82nd District Court**
**Falls County, Texas**
**Trial Court No. 10097**

## O R D E R

On May 29, 2019, this Court issued an opinion dismissing the appeal of Wylie Curl because notice of appeal was untimely. On June 3, 2019, Curl filed a motion for rehearing arguing that the Texas Court of Criminal Appeals had granted him the opportunity to file an out-of-time appeal. *Ex parte Curl*, No.WR-89,715-01, 2019WL 1924999, at *1 (Tex. Crim. App. May 1, 2019) (mem. op., not designated for publication). Therefore, Curl's

motion for rehearing is granted.  We withdraw our May 29, 2019 opinion and judgment,

and the appeal is reinstated.


                                        JOHN E. NEILL
                                        Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Motion granted; appeal reinstated
Order delivered and filed July 24, 2019
Do not publish
[CR25]

